IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CARISSA M. WATT,

    Plaintiff,

v.

FEDEX GROUND PACKAGE
SYSTEM, INC,

    Defendant.

Case No. 22-CV-00727-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of September 14, 2023 (Doc. 28), this action is **DISMISSED with prejudice**.

**DATED: November 30, 2023**

                                            **MONICA A. STUMP,**
                                            **Clerk of Court**

                                          **By:** *s/ Jackie Muckensturm*
                                                  **Deputy Clerk**

**APPROVED:** *s/ Stephen P. McGlynn*
                   **STEPHEN P. MCGLYNN**
                   **U.S. District Judge**